UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:11-cr-00009-JMS-CMM |
| WADE FURNEY (14), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [984] recommending that Wade Furney's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [984]. The Court finds that Mr. Furney committed Violation Numbers 1, 2, 3 & 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [945]. The Court now orders that the defendant's supervised release is therefore **MODIFIED** to require Mr. Furney reside at a residential drug treatment facility for a term of ninety (90) days. He shall abide by the rules and regulations of the facility. All of these terms are added to the terms of conditions of release. The defendant shall report to the facility when notified. The U.S. Probation Office shall file a status report **no later than October 12, 2021.**

Date: 9/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal